UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) | CIVIL ACTION NO. 1:96-CV-10804-DPW |
| Plaintiff, | ) ) ) | No. 1:04-CV-10664-DPW |
| v. | ) ) | [FORT WAYNE SITE] |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

1. Black & Decker's Memorandum In Support Of Its Renewed Motion For Summary Judgment Regarding The Fort Wayne Site;

2. Black & Decker's Statement Of Material Facts As To Which There Is No Genuine Dispute Regarding The Fort Wayne Site; and

3. Appendix To Black & Decker's Memorandum In Support Of Its Renewed Motion For Summary Judgment Regarding The Fort Wayne Site.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470