UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )  <br>LIBERTY MUTUAL INSURANCE COMPANY, )  <br>       )  <br>       Plaintiff, )  <br>       )  <br>v. )  <br>       )  <br>THE BLACK & DECKER CORPORATION, )  <br>BLACK & DECKER, INC., BLACK & DECKER )  <br>(U.S.) INC., EMHART CORPORATION, and )  <br>EMHART INDUSTRIES, INC., )  <br>       )  <br>       Defendants. )  <br>_____ ) | CIVIL ACTION  <br>NO. 1:96-CV-10804-DPW  <br>  <br>No. 1:04-CV-10664-DPW  <br>[FORT WAYNE SITE] |

AFFIDAVIT OF JAMES J. NICKLAUS IN SUPPORT OF
BLACK & DECKER'S RENEWED MOTION FOR SUMMARY
<u>JUDGMENT REGARDING THE FORT WAYNE SITE</u>

James J. Nicklaus deposes and says:

1. I am a member of the bar of this Commonwealth and am an attorney with Willcox, Pirozzolo & McCarthy, Professional Corporation, counsel for The Black & Decker Corporation, et als., in this action.

2. Exhibit A to the Appendix To Black & Decker's Memorandum In Support Of Its Renewed Motion For Summary Judgment Regarding The Fort Wayne Site, filed herewith ("Appendix"), is a copy of the August 5, 2004 Memorandum and Order Regarding Summary Judgment for the Ansonia and Derby Sites, in <u>Liberty Mutual Insurance Co. v. The Black & Decker Corp., et al.</u>, Civil Action No. 96-10804-DPW (D. Mass.).

3. Exhibit B to the Appendix is a copy of the Fourth Party Complaint in <u>United States v. SCA Services of Indiana, Inc.</u>, United States District Court for the Northern District of Indiana, Civil Action No. F89-00029.

4.    Exhibit C to the Appendix is a copy of excerpts from the Second Amended Third Party Complaint in United States v. SCA Services of Indiana, Inc., United States District Court for the Northern District of Indiana, Civil Action No. F89-00029.

5.    Exhibit D to the Appendix is a copy of excerpts from a Comprehensive General Liability Policy issued by Liberty Mutual to MITE Corporation for January 1, 1982 to January 1, 1983.

6.    Exhibit E to the Appendix is a copy of a March 27, 1995 letter from Michael D. Margiotta to Interested Underwriters (without attachments).

7.    Exhibit F to the Appendix is a copy of a July 12, 1994 and November 29, 1994 memorandum from Robert J. Brennan, Esquire to Michael D. Margiotta.

8.    Exhibit G to the Appendix is a copy of a February 15, 1996 letter from Kim A. Olson to Michael D. Margiotta.

9.    Exhibit H to the Appendix are copies of a March 20, 1990 electronic message by Stephen Brody, an August 1, 1990 memorandum from Ron Flowers to Stephen Brody and a March 15, 1990 memorandum to S. Brody.

10.   Exhibit I to the Appendix is a copy of a June 26, 1995 letter from Michael D. Margiotta to Kim A. Olson.

11.   Exhibit J to the Appendix are copies of excerpts from the a) Settlement Agreement; b) Order Granting Joint Motion for Approval of Settlements, Maintaining the Confidentiality of the Settlement Agreements and Dismissing Cross-Claims and Counterclaims (October 25, 1995); c) Joint Motion for Approval of Settlements; and d) Memorandum in Support of Joint Motion for Approval of Settlements with Exhibits in United States v. SCA

Services of Indiana, Inc., United States District Court for the Northern District of Indiana, Civil Action No. F89-00029.

12. Exhibit K to the Appendix is a copy of the Affidavit of Robert J. Brennan.

13. Exhibit L to the Appendix is a copy of a schedule entitled "Fort Wayne Defense and Indemnification Costs." I prepared this schedule by compiling all of the invoices for Black & Decker's defense and indemnification costs relating to Fort Wayne, which were produced to Liberty Mutual in the course of this action.

14. Exhibit M to the Appendix is a copy of excerpts from the Objections and Answers of Fourth Party Defendant Black & Decker U.S., Inc. and Emhart Industries, Inc. to Fourth Party Plaintiffs' Master Interrogatories to Fourth Party Defendants Alleged to be Generators and/or Transporters: Set No. 1 in United States v. SCA Services of Indiana, Inc., United States District Court for the Northern District of Indiana, Civil Action No. F89-00029.

15. Exhibit N to the Appendix is a copy of excerpts from the December 7, 1989 Affidavit of Bernard Turansky, which was marked Turansky Deposition Exhibit No. 2.

16. Exhibit O to the Appendix is a copy of excerpts from the Deposition of Bernard Turansky, taken in this action (No. 96-10804-DPW) on November 14, 1997.

17. Exhibit P to the Appendix is a copy of excerpts from the Deposition of Barry Pass, taken in this action (No. 96-10804-DPW) on November 14, 1997.

18. Exhibit Q to the Appendix is a copy of a Liberty Mutual memorandum dated November 4, 1986, entitled "Hazardous Waste Dump Site Claims Brought by Governmental Agencies."

19. Exhibit R to the Appendix is a copy of Liberty Mutual Loss Prevention Data Sheet Number 82, entitled "Reducing Liability from the Disposal of Hazardous Waste."

20. Exhibit S to the Appendix is a copy of a document entitled "Case Handling Guide, Claims Department."

21. Exhibit T to the Appendix contains copies of excerpts from the trial testimony of Franklin Woodard in this action (No. 96-10804-DPW).

22. Exhibit U to the Appendix contains copies of excerpts from the trial testimony of Michael Bonchonsky in this action (No. 96-10804-DPW).

23. Exhibit V to the Appendix is a copy of a document entitled "Excerpts from the National Research Council (1994)."

24. Exhibit W to the Appendix contains copies of excerpts from the Executive Summary of "Contamination of Ground Water by Toxic Organic Chemicals."

25. Exhibit X to the Appendix is a copy of the July 9, 1986 "Work Plan Remedial Investigation/Feasibility Study for Fort Wayne Reduction, Fort Wayne, Indiana" of the EPA.

26. Exhibit Y to the Appendix is a copy of the April 23, 1985 "Hydrogeologic Assessment and Closure Plan for Old Maumee Closed Landfill Fort Wayne, Indiana," prepared for Waste Management, Inc. by ATEC Associates, Inc.

32. Documents containing production numbers with the prefix "LM" were produced in discovery in this action by Liberty Mutual, and documents containing production numbers with the prefix "BD" were produced in discovery in this action by Black & Decker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2004.

/s/ James J. Nicklaus
James J. Nicklaus