UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10664-DPW<br>(Fort Wayne Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
BLACK & DECKER'S OPPOSITION TO LIBERTY MUTUAL'S SUPPLEMENTAL
<u>SUMMARY JUDGMENT MOTION REGARDING THE FORT WAYNE SITE</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file <u>under</u> <u>seal</u> the Opposition of Black & Decker To Supplemental Summary Judgment Motion Of Liberty Mutual Regarding The Fort Wayne Site. This opposition refers to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. This opposition also responds to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the opposition memorandum, filed in connection with its opposition to Liberty Mutual's summary judgment motion.

Black & Decker also requests that the Court maintain this document under seal until this action is closed and, thereafter, that this document be returned to counsel.

By their attorneys,

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470