UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10664-DPW<br>(Fort Wayne Site) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE FORT WAYNE SITE**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Opposition Of Black & Decker To Supplemental Summary Judgment Motion Of Liberty Mutual Regarding The Fort Wayne Site

The original document is maintained in the case file in the Clerk's Office.

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470