UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION |
| ) | NO. 96-10804-DPW |
| Plaintiff, ) | NO. 1:04-CV-10664-DPW |
| ) | (Fort Wayne Site) |
| v. ) | |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN BLACK &
DECKER FILINGS CONCERNING ITS REPLY MEMORANDUM IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT REGARDING THE FORT WAYNE SITE**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2,

for leave to file under seal its Reply Memorandum In Support of Black & Decker's Motion For

Summary Judgment Regarding The Fort Wayne Site and the Affidavit of James J. Nicklaus, in

support thereof. This memorandum and affidavit refers to confidential documents produced by

the parties pursuant to protective orders designed to ensure the confidentiality of said documents.

This memorandum and affidavit also responds to Liberty Mutual filings which themselves were

filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an

Order authorizing the sealing of the memorandum and affidavit, filed in connection with its

summary judgment motion.

Black & Decker also requests that the Court maintain these documents under seal until this action is closed and, thereafter, that these documents be returned to counsel.

By their attorneys,

Dated:  December 20, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470