UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER  )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10664-DPW<br>(Fort Wayne Site) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE FORT WAYNE SITE**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Reply Memorandum In Support Of Black & Decker's Renewed Motion For Summary Judgment Regarding The Fort Wayne Site; and

- Affidavit of James J. Nicklaus.

The original document is maintained in the case file in the Clerk's Office.


Dated: December 20, 2004        /s/ Jack R. Pirozzolo
                                Jack R. Pirozzolo, BBO# 400400
                                Richard L. Binder, BBO# 043240
                                Willcox, Pirozzolo & McCarthy
                                Professional Corporation
                                50 Federal Street
                                Boston, Massachusetts  02110
                                (617) 482-5470